JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT   08 CV 00577
SOUTHERN DISTRICT OF NEW YORK

(SAS)
ECF CASE

|   |   |
|---|---|
| SOURCE CAPITAL GROUP, INC.  Plaintiff,  -v-  YAKOV KOPPEL  Defendant. | Case No._____  **Rule 7.1 Statement** |

RECEIVED
JAN 23 2008
U.S.D.C. S.D.N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SOURCE CAPITAL GROUP, INC.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** January 10, 2008,

_____
Signature of Attorney

**Attorney Bar Code:** HS5723

Form Rule7_1.pdf  SDNY Web 10/2007