UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SOURCE CAPITAL GROUP, INC.,
        Plaintiff(s),

-against-
YAKOV KOPPEL,
        Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

JUDGE SCHEINDLIN
Index No. 08 CV 00577(SAS)

AFFIDAVIT OF SERVICE

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 6th day of February 2008, at approximately 1:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN, INDIVIDUAL RULES AND PROCEDURES JUDGE SHIRA A. SCHEINDLIN, NOTICE CONSENT, AND ORDER OF REFERENCE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE, CIVIL COVER SHEET AND RULE 7.1 STATEMENT** upon Yakov Koppel c/o Berko & Associates at 501 Fifth Avenue, Suite 1408, New York, NY 10017, by personally delivering and leaving the same with Yakov Koppel at that address. At the time of service, deponent asked Yakov Koppel whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Yakov Koppel is a white male, approximately 35 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 190 pounds with brown hair and light eyes.

_[signature]_
HECTOR FIGUEROA #870141

Sworn to before me this
8th day of February, 2008

_[signature]_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__