Mar-11-2008 11:06 AM Berko & Associates 12126870771

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

RECEIVED
CHAMBERS OF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x  Docket No.08 CV 00577 (SAS)
SOURCE CAPITAL GROUP, INC.,

                      Plaintiff,

    -against-                            STIPULATION EXTENDING
                                          TIME TO RESPOND
YAKOV KOPPEL,                           TO COMPLAINT

                      Defendant.
----------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The time within which the defendant shall answer or move with respect to the complaint is hereby extended to March 28, 2008.

2. A facsimile signature of this Stipulation shall be deemed to have the same force and effect as an original signature.

_____
Law Offices of Gordon Mehler, PLLC
*Attorneys for Plaintiff*
By Harvey Stuart, Of Counsel (HS5723)
747 Third Avenue, 32nd Floor
New York, NY 10017
Tel:(646) 943-6118
Fax: 646) 943-6142

_____
Yakov Koppel, *Pro se Defendant*
2036 East 36th Street
Brooklyn, NY 11234
(646) 996-0967

Dated: February 28, 2008

SO ORDERED:

_____
United States District/Magistrate Judge

Dated: New York, New York

    3/14 , 2008