UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
SOURCE CAPITAL GROUP, INC.,                            NOTICE OF PRE-TRIAL
                                              :        CONFERENCE IN A
                    Plaintiff,                         PRO SE ACTION
        - against -                           :
                                                       08 Civ. 577 (SAS)
YAKOV KOPPEL,                                 :

                    Defendant(s).             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SHIRA A. SCHEINDLIN, U.S.D.J.:

        Defendant, appearing pro se, is given an extension until May 30,

2008 in which to file his Answer.  Furthermore, a pre-trial conference has been

scheduled for June 4, 2008, at 4:30 p.m.  in Courtroom 15C of the United States

Courthouse, 500 Pearl Street, New York, New York.  The conference will cover

all matters discussed in Federal Rule of Civil Procedure 16 ("Rule 16") and the

current status of the case.  All parties are directed to appear at that date and time.

It is the responsibility of a pro se party to immediately inform Judge Scheindlin of

any change of address.

        Pursuant to Rule 16(f), the parties shall meet, either in person or

telephonically, prior to the date of the conference to discuss the nature and basis of

their claims and defenses, to develop a proposed discovery plan, and to explore the

possibility of a prompt settlement.  Plaintiff's counsel is directed to jointly prepare

the above referenced Scheduling Order with defendant prior to the date of the

conference.  At the conference, the parties should submit a proposed scheduling

order on the form attached hereto.  **YOU MUST BRING A COMPLETED**

**SCHEDULING ORDER WITH YOU TO THE CONFERENCE!**

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:        New York, New York
              May 9, 2008

## - Appearances -

**For Plaintiff:**

Harvey Stuart , Esq.
Law Office of Gordon Mehler, PLLC
747 Third Avenue, 32nd Floor
New York, NY 10017
(646) 943-6118

**Defendant (Pro Se):**

Yakov Koppel
2036 36th Street
Brooklyn, NY 11234
(646) 996-0967