UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOURCE CAPITAL GROUP, INC.                                 :   Case No.: 08 CV 00577
                                                            :
                               Plaintiff,                   :
                                                            :
                     -Against-                              :   **ANSWER**
                                                            :
YAKOV KOPPEL                                                :
                                                            :
                                                            :
                               Defendants.                  :
------------------------------------------------------------x

Defendant, by and through his undersigned counsel, Answers the Compliant as follows:

1.        Denies knowledge or information sufficient to form a belief as to the

allegations contained in Paragraph 1 of the Complaint, excepts admits that Defendant is a

citizen of the State of New York.

2.        Denies knowledge or information sufficient to form a belief as to the allegations

contained in Paragraph 2 of the Complaint.

3.        Denies knowledge or information sufficient to form a belief as to the allegations

contained in Paragraph 3 of the Complain but believes that the dates of registration were

correct.

4.        Denies knowledge or information sufficient to form a belief as to the allegations

contained in Paragraph 1 of the Complaint.

1

5.      Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 5 of the Complaint, and avers that the accounts referred to were o handled by Defendant and other registered representatives of Plaintiff. .

6.      Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 6 of the Complaint.

7.      Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7 of the Complaint.

8.      Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 8 of the Complaint.

9.      Denies the allegations contained in Paragraph 9 of the Complaint, except admits that Defendant has failed and refused to reimburse Plaintiff for the requested amounts.


Dated: May 30, 2008
        New York, NY

                            Yours, etc.

                            Law Office of Brian Reis, Esq.


                            **By:**_____
                            **Brian H. Reis (BHR-7843)**
                            **Attorney for the Defendant**
                            80 Broad Street 33rd Floor
                            New York, NY 10004
                            Tel. 212.785.5170