

Law Offices of

# GORDON MEHLER PLLC

747 Third Avenue ✦ 32nd Floor ✦ New York, NY 10017-2803

RECEIVED
CHAMBERS OF

JUN 03 2008

JUDGE SCHEINDLIN

Gordon Mehler
*Principal*

Harvey Stuart
Rebecca Stack Campbell
Linda Kagan
Michael Raikower
*Of Counsel*

Virgina Norling
Ben Stadler
*Paralegals*

June 3, 2008

VIA FACSIMILE TRANSMISSION

Hon. Shira A. Scheindlin, U.S.D.J.
Fax No.: (212) 805-7920

Re: Source Capital Group, Inc. v. Yakov Koppel - 08 CV 00577 (SAS)

Dear Judge Scheindlin:

By order dated May 9, 2008 you had given the pro se defendant in the captioned action an extension until May 30, 2008 in which to file his Answer, and scheduled a Rule 16(f) conference for tomorrow, June 4 at 4:30 p.m.

On May 30, 2008 the defendant, by his newly-hired attorney, Brian Reis, Esq., filed and served an Answer in the action.

Mr. Reis and I have since then conferred by telephone, and have agreed that in view of Mr. Reis's having an appearance scheduled in another court for tomorrow afternoon, and to provide us with sufficient time to confer on a joint Scheduling Order, we should request that tomorrow's conference be adjourned to a later date.

For this purpose both counsel could be available on Monday, June 16th, or on Monday, June 30, Tuesday, July 1, Wednesday, July 2, or Thursday, July 3, 2008.

We would appreciate your informing us as to the preferred new date by return fax addressed to the undersigned.

Yours truly,

Harvey Stuart
Direct dial: (646) 943-6118
Direct fax: (646) 943-6142

cc:    Brian Reis, Esq.

Tel: (212) 661-2414  ✧  Fax: (212) 661-8761  ✦  E-mail: gmehler@mehlerlaw.com  ✦  Website: www.mehlerlaw.com