UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SOURCE CAPITAL GROUP, INC.,

                                  Plaintiff,

               -against-

YAKOV KOPPEL,

                                Defendant.
-----------------------------------------------------------------------x

Docket No. 08 CV 00577 (SAS)

**SCHEDULING ORDER**

Conference Date: June 16, 2008

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       WHEREAS, the Court issued an order for a Conference in accordance with Fed. R. Civ. P. 16(b) on May 9, 2008 (the "Order"); and

       WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

       NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

       (1) The date of the conference is June 16, 2008. Appearances:

| For Plaintiff: | For Defendant: |
|---|---|
| Harvey Stuart (HS 5723) | Brian Reis (BHR 7843) |
| Law Offices of Gordon Mehler, PLLC | 80 Broad Street, 33rd Floor |
| 747 Third Avenue, 32nd Floor | New York, NY 10004 |
| New York, NY 10017 | Tel. (212) 785-5170 |
| Tel. (646) 943-6118 | |

       (2) The issues:

           (a) Pursuant to written agreements between the parties, is Defendant responsible for the reimbursement to Plaintiff of the moneys expended by Plaintiff in connection with a certain NASD arbitration commenced in 2005 by investors Wolf and Klenesky?

           (b) Were the Wolf and Klenesky brokerage accounts handled by any registered representatives of Plaintiff other than Defendant?

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

(3) Schedule:

    (a) Persons to be deposed, and planned date:

    Plaintiff to be deposed on or before September 5, 2008. *[handwritten: Aug]*

    (b) Documents to be produced on or before August 15, 2008. *[handwritten: Jul 11]*

    (c) Dates for expert's reports and depositions: Not applicable. ✓

    (d) Discovery to be completed by September 15, 2008.

    (e) Plaintiff to supply its pre-trial order matters by October 1, 2008. *[handwritten: Sept 25]*

    (f) Parties to submit joint pre-trial order, with trial briefs and proposed findings of fact and conclusions of law by October 30, 2008. *[handwritten: Oct 6, 2008]*

    (g) Final pre-trial conference pursuant to Fed. R. Civ. P. 16(d): *[handwritten: Aug 19 at 4:30]*

(4) Limitations to be placed on discovery: None.

(5) Discovery issues on which counsel are unable to reach agreement: None.

(6) Anticipated fields of expert testimony: None.

(7) Anticipated length of trial to Court: Two days.

(8) This Scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

(9) Executed by:

_____  
Harvey Stuart (HS 5723)  
Law Offices of Gordon Mehler, PLLC  
*Attorneys for Plaintiff*  
747 Third Avenue, 32nd Floor  
New York, NY 10017  
Tel. (646) 943-6118

_____  
Brian Reis (BHR 7843)  
*Attorney for Defendant*  
80 Broad Street, 33rd Floor  
New York, NY 10004  
Tel. (212) 785-5170

SO ORDERED:

_____  
SHIRA A. SCHEINDLIN  
U.S.D.J.   *6/16/08*