USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   Docket No. 08 CV 00577 (SAS)

SOURCE CAPITAL GROUP, INC.,

                    Plaintiff,

    -against-                    **AFFIDAVIT FOR JUDGMENT BY DEFAULT**

YAKOV KOPPEL,

                    Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK )

Harvey Stuart, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am of counsel to the Law Offices of Gordon Mehler, PLLC, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant.

3. This is an action to recover $129,000 owed by defendant to plaintiff as reimbursement for the costs of a NASD arbitration resulting from defendant's activities as agent for plaintiff.

4. Jurisdiction of the subject matter of this action is based on diversity jurisdiction.

5. This action was commenced on January 23, 2008 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant on February 6, 2008 by personal service on Yakov Koppel and proof of service by the

*[Handwritten annotation:]* Because defendant Yakov Kopel is now represented by counsel, plaintiff's motion for judgment by default is hereby withdrawn. So Ordered: [signature] USDJ 6/25/08

Special Process Server was filed. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

6. The action seeks judgment for the liquidated amount of $129,000, as shown by the annexed affidavit of Robert Fitzpatrick, Esq., which is justly due and owing, and no part of which has been paid..

7. Based on a number of recent personal contacts between deponent and defendant, deponent states that defendant is not a minor, mentally incompetent, nor in the military service of the United States.

Dated: New York, New York
      May 1, 2008

*Harvey Stuart*

Sworn to before me this 2d
day of May, 2008

*Notary Public*

KAREN D. BETTS
Notary Public, State of New York
No. 01BE6002011
Qualified in Kings County
Commission Expires 02/02/09

Respectfully submitted,

LAW OFFICES OF GORDON MEHLER, PLLC

By *Harvey Stuart*
Harvey Stuart, Of Counsel (HS5723)
747 Third Avenue, 32nd Floor
New York, NY 10017
Tel: (646) 943-6118
Fax: (646) 943-6142