UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SOURCE CAPITAL GROUP, INC,

                Plaintiff,

- against -

YAKOV KOPPEL,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER OF DISCONTINUANCE**

08 Civ. 577 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The parties having notified the Court that they have reached a resolution of this action,

      IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            August 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

## - Appearances -

*For Plaintiff*:

Harvey Stuart, Esq.
LAW OFFICES OF GORDEN MEHLER, PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017
(646) 943-6118

*For Defendant:*

Brian Howard Reis, Esq.
LAW OFFICE OF BRIAN H. REIS
61 Broadway, Suite 2820
New York, New York 10006
(212) 785-5170