DOC# 15

LAW OFFICE OF
BRIAN H. REIS

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

Tel: (212) 785-5170
Fax: (212) 785-5179
E-Mail esqkape@aol.com

July 25, 2008

(Via Fax 212-805-4268))
Honorable Judge Gabriel W. Gorenstein
US District Court-Southern District
500 Pearl Street.
New York, NY

MEMORANDUM ENDORSED

Re:   Source Capital v. Koppel
      08 CV 00577

Dear Judge Gorenstein:

I represent the Defendant in this matter and <u>respectfully</u> request an adjournment of the conference presently scheduled before Your Honor on August 29, 2009 as I am currently preoccupied with attending to the urgency of my father's care as he concludes his struggle with cancer.

I have left a message for my adversary today and have not heard back from him, although we have previously communicated quite well and do not attribute the lack of response to anything of substance. I am sending my adversary a copy of this letter as well.

I am request that the rescheduling not occur for a few weeks given the circumstances I am dealing with. A review of my calendar indicates that I am available from August 21 through August 28 for a rescheduled conference without any conflict.

I trust you will understand my inability to appear at the presently scheduled conference.

Very Truly Yours,

Brian H. Reis

*The conference is adjourned sine die. When convenient, counsel should consult with each other as to a date when counsel and their clients are all available, and then call Chambers to determine the Court's availability.*

SO ORDERED. DATE: 7/31/2008 (n/f 7/28/08)

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE